UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CASE NUMBER L-12-358 |
| Kevin Corley, | § | |

### DEFENDANT'S RESPONSE TO NOTICE OF DETENTION HEARING

Defendant, files this response to the Notice of Detention Hearing which was issued by the Court. After further investigation, Defendant wished at this time to waive his/her right to the detention hearing, subject to his/her right to bring a motion concerning detention at a later date.

x _____
DEFENDANT

Respectfully submitted,

3-26-12
DATE

_____
ATTORNEY FOR DEFENDANT

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was hand delivered to the Assistant United States Attorney on the _____ day of _____, _____.

_____
ATTORNEY FOR DEFENDANT